2010 NOV 24  PM 4: 12
DISTRICT OF UTAH

**Brian W. Steffensen (3092)**
**STEFFENSEN ❖ LAW ❖ OFFICE**
448 East 400 South, Suite 100
Salt Lake City, Utah 84111
Telephone (801) 485-3707
Facsimile (801) 485-7140
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In Re:<br><br>Ilijana Kljucevic<br><br>Debtor. | Bankruptcy No. 10-21347<br>Chapter 7<br><br>Debtor's Objection to Dismissal |
|---|---|

The Debtor objects to the dismissal of this case on the following grounds:

1. The Court ordered that this case be converted to a Chapter 7 from a Chapter 11 over the objection of the debtor, who had petitioned that the case be dismissed.

2. The Court indicated that it wanted a trustee appointed and to have that trustee examine the case.

3. The Debtor appeared at the 341 meeting with all of the documents requested by the trustee.

4. The Debtor's attorney, however, had oral surgery early that morning and expected to recover sufficiently to be able to appear, but due to some complications and post-operative medications, counsel was incapacitated and could not and did not appear.

5. However, an associate of debtor's counsel was present and offered to stand in for Mr.



Steffensen, but the trustee would not allow that.

6. The Debtor would prefer to obey the Court's directive that a Chapter 7 trustee review this case – and that the case not be dismissed but that another 341 Meeting be held.

Dated this 23 day of Nov., 2010

**Steffensen ❖ Law ❖ Office**

_____
Brian W. Steffensen

### Certificate of Mailing

I hereby certify that on the 23 day of Nov, 2010, that I caused a true and correct copy of the foregoing instrument to be ✓ mailed, postage prepaid; and/or ____ hand delivered by ____ fax and/or by ____ courier; to:

Elizabeth R. Loveridge
Woodbury & Kesler, P.C.
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, Utah 84110-3358

_____

2